United States District Court
for the
Southern District of Florida

| | |
|---|---|
| MSP Recovery Claims, Series LLC, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Zurich American Insurance ) <br> Company, Defendant. ) | Civil Action No. 17-24015 -Civ-Scola |

### Order of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Vol. Dismissal Without Prej., ECF No. 88). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on August 3, 2018.

_____
Robert N. Scola, Jr.
United States District Judge